UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave SE #231<br>Washington, DC 20003<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br>1155 Defense Pentagon<br>Washington, DC 20301-1155<br><br>*Defendants.* | Civil Action No.:   24-2994 |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Defense ("DOD") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201 *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant, the United States Department of Defense, is an agency under 5 U.S.C. § 552(f), with its headquarters at 1000 Defense Pentagon, Washington DC.

6. The Defendant has possession, custody, and control of the requested records.

## FACTS

*Tabatabai, Maier, and Phu (24-F-0147)*

7. On October 24, 2023, AFL submitted a FOIA request to DOD seeking certain records from DOD custodians Ariane Tabatabai, Christopher Maier, and Elizabeth M. Phu in addition to Ms. Tabatabai's Form SF-86, Form SF-50, resumes, and conflict of interest disclosure forms. *Ex. 1*.

8. On October 24, 2023, AFL received messages from DOD stating that AFL's FOIA request had been "Received" and assigned tracking number 24-F-0147. *See Exs. 2, 3*.

9. On October 31, 2024, AFL received a letter from DOD stating that DOD placed AFL's request into its "complex processing queue" and stated that "unusual circumstances" prevented DOD from responding "within the FOIA's 20-day statutory time period." *Ex. 4*.

10. As of the date of filing, AFL has received no further communications from DOD concerning this FOIA request.

*Political Leadership and Staffing (23-F-0789)*

11. On May 9, 2023, the AFL submitted a FOIA request seeking certain employee records for all persons politically appointed to DOD to obtain more information regarding its political leadership. *See Ex. 5*.

12. On May 9, 2023, DOD acknowledged that it received the request and assigned it tracking number 23-F-0789. *See Exs. 6, 7*.

13. On May 11, 2023, AFL received an interim response stating that DOD placed AFL's request into its "complex processing queue" and that "unusual circumstances" prevented DOD from responding "within the FOIA's 20-day statutory time period." *See Ex. 8*.

14. On June 26, 2023, AFL received an email from DOD stating that an agency component requested permission to provide a report showing SF-50 information in lieu of the SF-50 forms for each political appointee "reflecting any

change in position, title, or salary, including when the employee starts or leaves a position" as AFL originally requested. *See Ex. 9.*

15. On July 5, 2023, AFL received an email following up on DOD's June 26, 2023, email. *See Ex. 10.*

16. On July 5, 2023, AFL conferred with DOD and notified the agency that AFL could not accept the report in lieu of the requested records. *See Ex. 11.*

17. As of the date of filing, AFL has received no further communications from the Department of Defense concerning this FOIA request.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

18. AFL repeats paragraphs 1–17.

19. AFL properly requested records within the possession, custody, and control of the Defendant.

20. The Defendant has failed to produce the requested records within the statutory time limit.

21. Moreover, because the Defendant failed to conduct searches, it failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

22. The Defendant has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

23. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

24. The Defendant has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA request and release nonexempt records.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions or responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant AFL's requests for fee waivers;

v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant AFL such other and further relief as this Court deems proper.

[signature page follows]

Dated: October 22, 2024          Respectfully submitted,

                                           /s/ *Michael Ding*
                                           Reed D. Rubinstein (DC Bar No. 400153)
                                           Michael Ding (DC Bar No. 1027252)
                                           AMERICA FIRST LEGAL FOUNDATION
                                           611 Pennsylvania Avenue SE #231
                                           Washington, DC 20003
                                           (202) 964-3721
                                           Michael.Ding@aflegal.org

                                           *Counsel for America First Legal Foundation*