**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICA FIRST LEGAL FOUNDATION

*Plaintiff*,

v.

DEPARTMENT OF DEFENSE,

*Defendant*.

No. 1:24-cv-02994-RBW

**NOTICE OF WITHDRAWAL OF COUNSEL**

It is respectfully requested that the Clerk of the Court please withdraw the appearance of Michael Ding as counsel for the Plaintiff in the above-captioned case. Undersigned counsel has accepted a position outside of America First Legal Foundation

DATED: March 7, 2025

Respectfully submitted,

*/s/ Michael Ding*

MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
Email: michael.ding@aflegal.org

*Counsel for America First Legal Foundation*